No. 926. WHITE, FORMER COLLECTOR OF INTERNAL REVENUE, *v.* POOR ET AL., EXECUTORS. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Alexander Wheeler* for respondents.